UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
—————————————————————————x

TRUSTEES OF THE STRUCTURAL STEEL
and BRIDGE PAINTERS RETIREMENT FUND
and THE TRUSTEES of the STRUCTURAL STEEL
and BRIDGE PAINTERS ANNUITY FUND           08-CV-00586

                Plaintiffs,

                                                                **Rule 7.1 Statement**

BENJAMIN RAY COOPER

                Defendant.
—————————————————————————x

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Benjamin Ray Cooper (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

      None

**Date**: January 17, 2008                                  S/Danielle M. Carney
                                                                 **Signature of Attorney**

                                                                  **Attorney Bar Code**: DMC 7471

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
TRUSTEES OF THE STRUCTURAL STEEL
and BRIDGE PAINTERS RETIREMENT FUND
and THE TRUSTEES of the STRUCTURAL STEEL and
BRIDGE PAINTERS ANNUITY FUND
                                                        08-CV-00586
                         Plaintiffs,

       -against-                                  **Fed R. Civ. 7.1**

BENJAMIN RAY COOPER
                              Defendant.
-----------------------------------------------------------------------x

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure New York and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for defendant certifies that the following are corporate parents, subsidiaries, or affiliates of that party:


_____                          _____
       Date                                                  Signature of Attorney