**AFFIDAVIT OF SERVICE**

Index #: 08 CV 00586
Date Purchased: January 23, 2008
Date Filed: _____
Court Date: _____

**UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK**
**COUNTY**

ATTORNEY(S): Danielle M. Carney Esq. : Barnes, Iaccarino, Virginia, Ambinder & Shepherd   PH: 516-483-2990
ADDRESS: 3 SURREY LANE  HEMPSTEAD  NY  11550   File No.: _____

*Trustees of the Structural Steel and Bridge Painters Retirement Fund and The Trustees of the Structural Steel and Bridge Painters*
                                                                                                                      Plaintiff(s)/Petitioner(s)
vs.
*Benjamin Ray Cooper,*
                                                                                                                      Defendant(s)/Respondent(s)

STATE OF **Tenn**, COUNTY OF **Bradley** SS.:
**Arnold Botts**, being duly sworn deposes and says:
Deponent is not a party herein, is over 18 years of age. On **02/13/08** at **5 p.m.**
at **441 County Road 61  Riceville, Tennessee 37370-5401**, deponent served the within

**Summons In A Civil Action, Rule 7.1 Statement and Complaint**

with Index Number **08 CV 00586**, and Date Purchased **January 23, 2008** endorsed thereon,
on: **Benjamin Ray Cooper**, **Defendant** therein named.

**#1 INDIVIDUAL** [ ] By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 CORPORATION** [ ] By delivering to and leaving with _____ and that deponent knew the person so served to be Managing Agent of the corporation, and authorized to accept service on behalf of the corporation.

*Service was made in the following manner after your deponent was unable, with due diligence, to serve the witness/defendant in person, and an attempt to locate the defendant's place of employment.*

**#3 SUITABLE AGE PERSON** [✓] By delivering a true copy of each to **Kelly Chase-cotenant** a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business [✓] dwelling house (usual place of abode) within the state.

**#4 AFFIXING TO DOOR** [ ] By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business [ ] dwelling house (place of abode) within the state.

**#5 MAIL COPY** [✓] On **02/13/08**, deponent completed service under the last two sections by depositing a copy of the **Summons in a civil action, Rule 7.1 Statement & complaint** to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of **Tenn**. Certified Mail No. **70070220 0018937 1209**

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called
thereat on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____

**#6 NON-SRVC** [ ] After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following: [ ] Unknown at Address [ ] Evading [ ] Moved left no forwarding [ ] Address does not exist [ ] Other: _____

**#7 DESCRIPTION** [✓] A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
(use with #1, 2 or 3) Sex **M**  Color of skin **Cau**  Color of hair **Bld**  Age **35-45**  Height **5'7**
Weight **130-140**  Other Features: _____

**#8 WIT. FEES** [ ] the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#9 MILITARY SRVC** [✓] Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State of **Tennessee** and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military uniform.

**#10 OTHER** [ ] _____

Sworn to before me on this _____ day of _____

x **Nancy L. Ellis**  11-2-2011
Notary

x **Arnold Botts**
Process Server
Please Print Name Below Signature
**Arnold Botts**

[Notary Seal: NANCY L. ELLIS, STATE OF TENNESSEE, NOTARY PUBLIC, BRADLEY COUNTY]

Invoice•Work Order # 0805073

CAPITAL PROCESS SERVERS, INC. 265 POST AVENUE SUITE 150, WESTBURY, NY 11590 - TEL 516-333-6380 • FAX 516-333-6382