UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE STRUCTURAL STEEL and BRIDGE PAINTERS RETIREMENT FUND and THE TRUSTEES of the STRUCTURAL STEEL and BRIDGE PAINTERS ANNUITY FUND <br><br> Plaintiffs, <br><br> -against- <br><br> BENJAMIN RAY COOPER <br><br> Defendant. | 08-CV-00586 (Pauley) <br><br> **REQUEST FOR ENTRY OF DEFAULT JUDGMENT** |

To: Clerk of the United States District Court for the
Southern District of New York

Pursuant to the Affidavit for Entry of Default Judgment attached hereto, Defendant, Benjamin Ray Cooper, having failed to appear in this action, the time for appearing having expired, you are requested to enter a Default Judgment in favor of Plaintiff, and against the Defendant in the sum of $39,499.01 which includes court costs and reasonable attorney's fees.

Dated: March 25, 2008

DANIELLE M. CARNEY (DMC 7471)
BARNES, IACCARINO, VIRGINIA,
AMBINDER & SHEPHERD, PLLC
3 Surrey Lane, Suite 200
Hempstead, NY 11550
(516) 483-2990

To: Benjamin Ray Cooper
441 County Road 61
Riceville, TN 37370-5401