UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE STRUCTURAL STEEL and )
BRIDGE PAINTERS RETIREMENT FUND and )
THE TRUSTEES of the STRUCTURAL STEEL and )
BRIDGE PAINTERS ANNUITY FUND )
) 08-CV-00586 (Pauley)
)
Plaintiffs, ) **STATEMENT OF DAMAGES**
)
-against- )
)
BENJAMIN RAY COOPER )
)
Defendant. )

Principal Amount Due ................................................................$34,918.88

Interest calculated at (6%) ............................................................2,095.13

Total .............................................................................................$37,014.01

Attorneys' Fees ............................................................................$2,000.00

Filing Fees......................................................................................350.00

Process Server Fee .........................................................................135.00

Total: ...........................................................................................$2,485.00

GRAND TOTAL..........................................................................$39,499.01

08CV00586

## CERTIFICATE OF SERVICE

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | ) ss.: |
| COUNTY OF NASSAU | ) |

I, JoAnn Podurgiel, being duly sworn, deposes and states as follows:

That deponent is not a party to this action, is over 18 years of age, and resides in the State of New York, County of Nassau.

On the 25th day of March, 2008 your deponent served the within Plaintiffs' Request for a Default Judgment along with supporting documents upon:

> Benjamin Ray Cooper
> 441 County Road 61
> Riceville, TN 37370-5401

mailing a true copy of same enclosed in post-paid wrapper by first class mail, in an official depository under the exclusive care and custody of the United Postal Service within New York State.

JoAnn Podurgiel

Sworn to before me this:
25th day of March 2008

_____
Notary Public

DANIELLE M. NICOLAS-CARNEY
Notary Public, State of New York
No. 4980794
Qualified in Suffolk County
Commission Expires April 29, 20__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE STRUCTURAL STEEL and  )
BRIDGE PAINTERS RETIREMENT FUND and  )
THE TRUSTEES of the STRUCTURAL STEEL and  )
BRIDGE PAINTERS ANNUITY FUND  )
      )  08-CV-00586 (Pauley)
      )
      Plaintiffs,  )
      )  **DEFAULT JUDGMENT**
  -against-  )
      )
BENJAMIN RAY COOPER  )
      )
      Defendant.  )
-----------------------------------------------------------x

This action having been commenced on January 23, 2008 by filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the defendant, Benjamin Ray Cooper on February 13, 2008 and a proof of service having been filed on February 27, 2008 and the defendant not having appeared answered or otherwise moved with respect to the Complaint, and the time for appearing, answering or otherwise moving having expired the request, it is,

ORDERED, ADJUDGED AND DECREED: that the Plaintiff have judgment against defendant in the liquidated amount of $39,499.01 which includes the principal amount of $34,918.88; interest calculated at 6% amounting to $2,095.13, reasonable attorney fees in the amount of $2,000 plus costs and disbursements of this action amounting to $485.00.

ORDERED, that the Judgment rendered by the Court on this day in favor of the Plaintiffs be entered as a final judgment against Defendant and the Clerk of the Court is directed to enter such judgment forthwith.

Dated: _____

                                              So Ordered:

                                              _____
                                              Honorable William H. Pauley III, USDJ

                                              This document was entered on the docket on

                                              _____

                                              Judgment Entered:

                                              _____
                                              Clerk

                                              By:_____
                                                      Deputy Clerk