**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

TRUSTEES OF THE STRUCTURAL STEEL and  )
BRIDGE PAINTERS RETIREMENT FUND and  )
THE TRUSTEES of the STRUCTURAL STEEL and  )
BRIDGE PAINTERS ANNUITY FUND  )
    )    08-CV-00586 (Pauley)
    )
    Plaintiffs,    )    **CLERK'S CERTIFICATE**
    )
    -against-    )
    )
BENJAMIN RAY COOPER  )
    )
    Defendant.    )

---

    I, J. Michael McMahon, Clerk of the United States District Court for the Southern District of New York, do hereby certify that the docket entries in the above entitled action indicate the Defendant, BENJAMIN RAY COOPER, was served with a copy of the Summons and Complaint on February 13, 2008 with the Affidavit of Service filed with the court on February 27, 2008.

    I, further certify that the docket entries indicate that the defendant has not filed an answer or otherwise moved with respect to the complaint herein.

    The Default of the Defendant is hereby noted.

By:_____
    J. Michael McMahon

DATED: _____