UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

TRUSTEES OF THE STRUCTURAL STEEL and )
BRIDGE PAINTERS RETIREMENT FUND and )
THE TRUSTEES of the STRUCTURAL STEEL and )
BRIDGE PAINTERS ANNUITY FUND )
)                    08-CV-00586 (Pauley)
)
              Plaintiffs, )
)                    **DEFAULT JUDGMENT**
         -against- )
)
BENJAMIN RAY COOPER )
)
              Defendant. )
------------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/24/2008

   This action having been commenced on January 23, 2008 by filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the defendant, Benjamin Ray Cooper on February 13, 2008 and a proof of service having been filed on February 27, 2008 and the defendant not having appeared answered or otherwise moved with respect to the Complaint, and the time for appearing, answering or otherwise moving having expired the request, it is,

   ORDERED, ADJUDGED AND DECREED: that the Plaintiff have judgment against defendant in the liquidated amount of $39,499.01 which includes the principal amount of $34,918.88; interest calculated at 6% amounting to $2,095.13, reasonable attorney fees in the amount of $2,000 plus costs and disbursements of this action amounting to $485.00.

   ORDERED, that the Judgment rendered by the Court on this day in favor of the Plaintiffs be entered as a final judgment against Defendant and the Clerk of the Court is directed to enter such judgment forthwith.

The Clerk of Court is directed to mark this case closed.

SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.
4/23/2008